UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., <br> Plaintiff, <br> v. <br> HYPER NETWORK SOLUTIONS LLC, <br> Defendant. | Case No. 14-cv-01780-BLF <br><br> **CASE MANAGEMENT ORDER** |

On October 16, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Fact Discovery Cut-Off | 04/24/2015 |
| Exchange of Expert Reports | 05/29/2015 |
| Exchange of Rebuttal Expert Reports | 07/03/2015 |
| Expert Discovery Cut-Off | 08/07/2015 |
| Final Pretrial Conference | 02/11/2016 at 2:30 pm. |
| Trial | 03/07/2016 at 9:00 am. |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the Last Day to Hear Dispositive Motion is set for
6 12/17/2015 at 9:00 am.  Last Date to File Dispositive Motions - 09/10/2015.  Last Reply to
7 Dispositive Motions - 11/25/2015.

Dated:  October 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge